**Grace BREWER et al., Appellants,**

v.

**James HUGER et al., Appellees.**

No. 22906.

United States Court of Appeals
Fifth Circuit.
March 28, 1966.

---

* Senior Circuit Judge of the First Circuit, sitting by designation.

Grace Brewer, pro se.

Joseph W. Hatchett, Melvin Orfinger, Daytona Beach, Fla., for appellees.

Before PHILLIPS, Senior Judge,* and JONES and BROWN, Circuit Judges.

PER CURIAM.

Before this Court is an appeal from an order of the district court denying an application for a preliminary injunction. A number of plausible grounds are urged for affirmance. It is enough to say that the granting or denial of an application for temporary injunction is within the sound judicial discretion of the court to which application is made. In the situation here presented, no abuse of discretion is shown. The order of the district court is

Affirmed.